IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOLANDON MACK**                                                                                        **PLAINTIFF**

v.                                        **4:07CV00074-WRW**

**TIM DILLON; SCOTT TIMMONS;**
**J.C. WHITE; JOHN DOES 1-50 and**
**THE CITY OF LITTLE ROCK, ARKANSAS**                                           **DEFENDANTS**

### ORDER

Pending is Defendants' Motion for Summary Judgment (Doc. No. 67). Plaintiff has not responded, and the time for doing so has passed.[1] Accordingly, Defendants' Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED this 12th day of November 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's response was due by 5:00 p.m. on Tuesday, November 4, 2008.