IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOLANDON MACK                                                                                    PLAINTIFF

v.                                        4:07CV00074-WRW

TIM DILLON; SCOTT TIMMONS;
J.C. WHITE; JOHN DOES 1-50 and
THE CITY OF LITTLE ROCK, ARKANSAS                                      DEFENDANTS

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of November 2008.


                                                                /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE