IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOLANDON MACK                                                                               PLAINTIFF

vs.                                         4:07CV00074-WRW

TIM DILLON, Patrolman, Little Rock
Police Department, et al                                                                   DEFENDANT

## ORDER

The above styled matter was filed in this Court on February 2, 2007. Summary Judgment was granted in favor of Defendants and Judgment was entered on November 12, 2008. A Motion for Reconsideration was filed on December 8, 2008, and an Order denying the Motion was entered on December 12, 2008. Plaintiff filed his Notice of Appeal on February 6, 2009. The Eighth Circuit Court of Appeals filed its Opinion on February 10, 2010, and the Mandate issued on April 5, 2010. Pursuant to the Mandate, the case was reopened and counsel for Plaintiff will be appointed.

IT IS ORDERED that Eric R. Gribble, FUQUA CAMPBELL, P.A., 425 West Capitol Avenue, Suite 400, Little Rock, Arkansas, 501-374-0200, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent Plaintiff in all further proceedings.

THE CLERK IS DIRECTED to send counsel a copy of this Order and Local Rule 83.7 to Mr. Gribble. Counsel shall access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, counsel should contact Mary Johnson at 501-604-5144, and a copy of the file, or any portion thereof, will be provided free of charge. Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days; otherwise, the appointment will be effective.

Further, a Final Scheduling Order will be issued resetting this case on the Court's docket.

IT IS SO ORDERED this 8th day of April, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE