# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DOLANDON MACK**  **PLAINTIFF**
Reg. #23050-009

v.                  Case No. 4:07-cv-74-DPM

**TIM DILLON AND**
**JANA RAYBURN**  **DEFENDANTS**

## ORDER

The Court will hear argument on Mack's motion to substitute counsel, *Document No. 132*, on 24 March 2011 at 1:30 in the afternoon. Mack's lawyer recently filed his own motion to withdraw, *Document No. 131*. The Court directed Sanders to file this motion *ex parte* to avoid compromising the attorney-client privilege. In light of Mack's motion, however, Sanders should re-file his motion to withdraw using regular procedures. Sanders must send Mack a copy of Sanders's motion and this Order by overnight mail. The Court will also consider Sanders's motion at the hearing.

The Court also requests that Sanders file a complete copy of Mack's deposition by 15 March 2011. Finally, the Court authorizes the Clerk to issue

a writ of *habeas corpus ad testificandum* to the Warden having custody of Mack, and to the U.S. Marshal's Service, commanding that Mack be brought before the Court for the March 24th hearing, detained here until the end of the April 18th trial, and brought before the Court during the trial.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 March 2011