IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOLANDON MACK                                                                                           PLAINTIFF
Reg. #23050-009

v.                             Case No. 4:07-cv-74-DPM

TIM DILLON AND
JANA RAYBURN                                                                                           DEFENDANTS

## ORDER

The U.S. Marshal's service advises the Court that it cannot get Mack to Little Rock and bring him before the Court by March 24th. The hearing is therefore continued until 3:00 P.M. on 30 March 2011. The Writ, *Document No. 134,* is amended accordingly.

The Court requests Mack's appointed counsel to do two things: continue preparing for trial, and try to meet with Mack before the hearing when he arrives in Little Rock on March 30th. The Court directs Mack's counsel to send this Order to Mack with the original Order and the Writ.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 March 2011