IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOLANDON MACK
 Reg. #23050-009                                                                      PLAINTIFF

v.                              Case No. 4:07-cv-74-DPM

TIM DILLON AND JANA RAYBURN                                              DEFENDANTS

ORDER

The Clerk is authorized to issue a *writ af habeas corpus ad testificandum* to the Warden having custody of Mack, and to the U.S. Marshal's Service, commanding Mack be detained and brought before the Court for pretrial hearings to be set during the month of July 2011, and until the end of the trial of this matter scheduled to begin on 1 August 2011.

So Ordered.

                                                     D. P. Marshall Jr.
                                                   U.S. District Judge

3 June 2011