IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOLANDON MACK**                                                                **PLAINTIFF**

v.                              Case No. 4:07-cv-74-DPM

**TIM DILLON and**
**JANA RAYBURN**                                                                **DEFENDANTS**

### ORDER

The Court directs the United States Marshal to allow Mr. Mack to bring his proposed exhibits to the 12 July 2011 hearing and the trial.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

6 July 2011