IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOLANDON MACK                                                                                   PLAINTIFF

v.                                          Case No. 4:07-cv-74-DPM

TIM DILLON and
JANA RAYBURN                                                                                  DEFENDANTS

ORDER

Roy Gene Sanders's 16 August 2011 application for the reimbursement of out-of-pocket expenses, *Document No. 193*, is granted. Local Rule 83.6. Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse $696.00 from the Library Fund to Sanders's firm, Matthews, Sanders & Sayes. The Clerk shall place a copy of this Order, together with the application, in the Library Fund file.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2011