IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOLANDON MACK**
Reg. #23050-009                                                                                           PLAINTIFF

v.                                          No. 4:07-cv-74-DPM

**TIM DILLON**                                                                                          DEFENDANT

ORDER

For the reasons stated on the record during the 1 February 2012 pre-trial hearing, Dillon's motion *in limine*, Document No. 216, is granted, on both points, as agreed by the parties. Additionally, Mack and Dillon have agreed to use the same jury instructions from the first trial and the same exhibits as before, with these additions: Mack intends to offer the clothes he wore the night of the robbery, as well as the LRPD's use-of-force policy in effect when Mack was arrested. Dillon may also use these new exhibits as he desires. And in particular he may examine witnesses about the policy.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 February 2012