IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOLANDON MACK
Reg. #23050-009                                                                PLAINTIFF

v.                                   No. 4:07-cv-74-DPM

TIM DILLON                                                                    DEFENDANT

JUDGMENT

Mack's excessive-force claim against Dillon was tried to a twelve-person jury from 6 February 2012 to 9 February 2012. After deliberations, on February 9th the jury returned a unanimous verdict in favor of Dillon. At Mack's request, the Court polled the jury and each juror confirmed his or her true verdict. The verdict is attached and incorporated. At trial, Dillon twice moved for judgment as a matter of law; the Court took the motions under advisement, then denied them as moot after the return of the verdict.

The Court now enters judgment on the jury's verdict for Tim Dillon and against Dolandon Mack on Mack's Fourth Amendment claim (pursued under 42 U.S.C. § 1983) for excessive-force during Mack's arrest. Mack's second amended complaint is dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>10 February 2012</u>