IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOLANDON MACK
Reg. #23050-009                                                          PLAINTIFF

v.                               No. 4:07-cv-74-DPM

TIM DILLON                                                               DEFENDANT

## ORDER

The Court appreciates Hugh Spinks's service as Mack's standby counsel during the last few months and at the recent re-trial. This good work was in keeping with the Bar's best traditions and Spinks's obligations as an officer of this Court. Spinks is discharged and shall have no further obligations to Mack in the case. The Court looks forward to receiving Spinks's request for reimbursement of out-of-pocket expenses.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 February 2012